COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Siana Oil & Gas Co., LLC v. White Oak Operating Company LLC

Appellate case number:   01-21-00721-CV

Trial court case number:  2015-45224

Trial court:              164th District Court of Harris County

On September 28, 2022, Michael J. Blanchard of the Butch Boyd Law Firm, attorney of record for appellant, Siana Oil and Gas Co., LLC, and Steven J. Mitby, Timothy W. Johnson, and John D. Bullock of the law firm Mitby Pacholder Johnson PLLC filed a "First Amended Motion to Withdraw and to Substitute Counsel and Designation of New Lead Counsel to Appellant Siana Oil and Gas Co., LLC." Although there was no certificate of conference attached to the motion, more then ten days have passed and appellee has not responded to the motion. TEX. R. APP. P. 10.3. The motion is **granted.** *See* TEX. R. APP. P. 6.5(b), (d).

The Clerk of this Court is directed to note the withdrawal of Michael J. Blanchard and the Butch Boyd Law Firm as counsel for appellant and to substitute Steven J. Mitby, Timothy W. Johnson, and John D. Bullock of the law firm Mitby Pacholder Johnson PLLC as counsel for appellant on the docket of this Court, with Steven J. Mitby designated as the new lead counsel in this case.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                           Acting individually

Date:  October 13, 2022